IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| CREATIVE INK ARCHITECTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-3382-CV-S-DW |
| | ) | |
| BART WILLIAMS and | ) | |
| JASON FINLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On February 26, 2007, the Court dismissed this action for lack of service and failure to prosecute. On March 16, 2007, the Court granted Plaintiff's motion for reconsideration and vacated its February 26, 2007 Order dismissing the case. Plaintiff was ordered to execute service within 30 days. Plaintiff has failed to execute service within the time allotted. Accordingly, the Court DISMISSES this action for failure to prosecute and failure to follow the orders of the Court.

Date: May 25, 2007

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court